IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ROBERT T. PORTER and       )
DANIEL J. PORTER,          )
                           )
    Plaintiffs,            )
                           )     CIVIL ACTION NO.
    v.                     )       1:10cv1107-MHT
                           )            (WO)
THE CITY OF ENTERPRISE,    )
et al.,                    )
                           )
    Defendants.            )
```

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the joint motion to dismiss (Doc. No. 64) is granted and that defendant Gerard Dube and the claims against him are dismissed without prejudice, with the parties to bear their own costs. Defendant Dube is terminated as a party.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 11th day of March, 2014.

                         /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**