```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


ROBERT T. PORTER and         )
DANIEL J. PORTER,            )
                             )
    Plaintiffs,              )
                             )      CIVIL ACTION NO.
    v.                       )        1:10cv1107-MHT
                             )            (WO)
THE CITY OF ENTERPRISE,      )
et al.,                      )
                             )
    Defendants.              )
```

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the joint motion to dismiss (Doc. No. 66) is granted and that plaintiff Robert T. Porter and his claims are dismissed with prejudice, with the parties to bear their own costs.  Plaintiff Robert T. Porter is terminated as a party.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.  This case still remains pending as to the claims of plaintiff Daniel J. Porter.

DONE, this the 19th day of March, 2014.


/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE